UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: _____

YACHTS, LLC, dba PENNANT YACHTS
a Delaware limited liability company, and
ALAN KAUFMAN, individually,

    Plaintiffs,
vs.

CITY OF MIAMI, Florida,

    Defendant.
_____/

## DEFENDANT CITY OF MIAMI'S NOTICE OF REMOVAL

Defendant, CITY OF MIAMI ("Defendant"), by and through undersigned counsel, and pursuant to Title 28 U.S.C. Section 1441, et seq., hereby gives notice of removal of this cause by the filing and service of this Notice, and states:

1. On or about April 30, 2020, YACHTS, LLC, d/b/a PENNANT YACHTS, and ALAN KAUFMAN served Defendant with their complaint filed in the Miami-Dade Circuit Court, Case No.: 20-009301 CA 01.

2. The above-referenced complaint was the first receipt by Defendant of a pleading from which it could be ascertained that the case is one which has become removable, as it sets forth purported claims in Counts I, V and VI for alleged deprivations of the United States Constitution.

3. Copies of all process, pleadings and orders served upon the Defendant in the action being removed are attached hereto in compliance with 28 U.S.C. Section 1441(a).

RESPECTFULLY SUBMITTED this 1st day of May 2020.

>VICTORIA MÉNDEZ, City Attorney
>HENRY J. HUNNEFELD, Legal Consultant
>Attorneys for **City of Miami**
>444 S.W. 2nd Avenue, Suite 945
>Miami, FL  33130-1910
>Tel.: (305) 416-1800
>Fax: (305) 416-1801
>Primary Email:     hjhunnefeld@miamigov.com
>Secondary Email:   ddiaz@miamigov.com
>
>By:   *Henry J. Hunnefeld*
>         Henry J. Hunnefeld, Legal Consultant
>         Florida Bar No. 343811

## CERTIFICATE OF SERVICE

I hereby certify that on May 1st, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>By:   *Henry J. Hunnefeld*
>         Henry J. Hunnefeld, Legal Consultant
>         Florida Bar No. 343811

## SERVICE LIST

William K. Hill, Esq.
Amy Brigham Boulris, Esq.
Gunster, Yoakley & Stewart, P.A.
Brickell World Plaza
600 Brickell Avenue, Suite 3500
Miami, FL 33131
whill@gunster.com,whill@gunster.com
ABoulris@gunster.com
*Attorneys for Plaintiffs, Yachts, LLC, d/b/a Pennant Tachts, and Alan Kaufman*